IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00032-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDOLPH CHRISTOPHER SALINAS, JR.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Jury trial (3 days) will begin **April 16, 2007, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.  Deadline for filing motions is March 26, 2007; government responses are due March 30, 2007.

Dated: March 23, 2007

                                                          s/ Jane Trexler, Judicial Assistant